IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD PINE, | ) | 1:09-cv-1233 GSA |
|     Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
|    vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
|     Defendant. | ) | |

Pursuant to the parties' stipulation filed on February 1, 2010, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs.

IT IS SO ORDERED.

Dated: __February 3, 2010__          __/s/ Gary S. Austin__
                                                                              UNITED STATES MAGISTRATE JUDGE