1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

DONALD PINE,                          )        1:09-cv-1233 GSA
                                      )
            Plaintiff,                )
                                      )
                                      )        ORDER DISMISSING ACTION
                                      )
      vs.                             )
                                      )
MICHAEL J. ASTRUE, Commissioner,      )
                                      )
            Defendant.                )
_____)

      Pursuant to the parties' stipulation filed on February 1, 2010, this action is
DISMISSED with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil
Procedure.  Each party shall bear its own costs.

      IT IS SO ORDERED.

      **Dated:**   **February 3, 2010**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

1